Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Dominique Juliet Park
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 2 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JODY LEE WALLETTE,<br><br>  Defendant. | 2:21-CR-72-RMP<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute Fentanyl<br><br>21 U.S.C. § 853<br>Forfeiture Allegation |

The Grand Jury charges:

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, JODY LEE WALLETTE, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 1

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(c), as set forth in this Indictment, the Defendant, JODY LEE WALLETTE, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

$55,000 U.S. currency

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 2nd day of June, 2021.

A TRUE BILL

Joseph H. Harrington
Acting United States Attorney

Dominique Juliet Park
Assistant United States Attorney

INDICTMENT – 2