# CHARGES AND PENALTIES

**CASE NAME:** JODY LEE WALLETTE      **CASE NO.** 2:21-CR-72-RMP-1

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 02, 2021**

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1),(b)(1)(C) | Possession with Intent to Distribute - Fentanyl | CAG up to 20 years, up to a $1,00,000 fine, not less than 3 years of supervised release up to a life term, denial of federal benefits |
|   | 21 U.S.C. § 853 | Forfeiture Allegation |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |