Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Dominique Juliet Park
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JODY LEE WALLETTE, <br><br> Defendant. | Case No.: 2:21-CR-72-RMP-1 <br><br> Motion to Seal Indictment |

    Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Dominique Juliet Park, Assistant United States Attorney for the Eastern District of Washington, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order sealing the Indictment until further order of the Court or until Defendant's arrest, whichever comes first.

    Dated: June 2, 2021.

                                                          Joseph H. Harrington
                                                          Acting United States Attorney

                                                          *s/ Dominique Juliet Park*
                                                          Dominique Juliet Park
                                                          Assistant United States Attorney

MOTION TO SEAL INDICTMENT - 1