Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Dominique Juliet Park
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JODY LEE WALLETTE,<br><br>Defendant. | Case No.: 2:21-CR-72-RMP<br><br>Motion for Detention |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    Eligibility of Case.  This case is eligible for a detention order because the case involves (check one or more):

☐    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐    Maximum penalty of life imprisonment or death;

☒    Drug offense with maximum penalty of 10 years or more;

Motion for Detention- 1

☐ Felony, with two prior convictions in above categories;

☐ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒ Serious risk Defendant will flee; or

☒ Serious risk obstruction of justice.

2. <u>Reason for Detention</u>. The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒ Defendant's appearance as required; or

☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e). The presumption applies because there is probable cause to believe Defendant committed:

☒ Drug offense with maximum penalty of 10 years or more;

☐ An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ An offense under 18 U.S.C. §§ 2332b (g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

Motion for Detention- 2

1
2
3

☐       An offense under chapter 77 of Title 18, United States Code, for

which a maximum term of imprisonment of 20 years or more is prescribed;

4
5
6
7
8

☐       An  offense involving  a minor victim under 18 U.S.C. §§ 1201, 1591,

2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3),

2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or

2425;

9
10

☐       Other Circumstance as defined in 18 U.S.C. § 3142(e)(2).

11
12
13

4.       Time for Detention Hearing.  The United States requests the Court

conduct the detention hearing:

14
15

☐       At the first appearance, or

16

☒       After a continuance of three days.

17
18

5.       Other Matters.

19
20

Dated:  July 27, 2021.

21
22
23
24
25

Joseph H. Harrington
Acting United States Attorney

s/Dominique Juliet Park
Dominique Juliet Park
Assistant United States Attorney

26
27
28

Motion for Detention- 3

1

2

**CERTIFICATE OF SERVICE**

3          I hereby certify that on July 27, 2021, I electronically filed the foregoing

4    with the Clerk of the Court using the CM/ECF system which will send notification

5

6    of such filing to the Counsel of Record.

7

8

9                                    *S/Dominique Juliet Park*
                                     Dominique Juliet Park
10                                   Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Detention- 4