FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 16, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>JODY LEE WALLETTE,<br><br>                              Defendant. | NO:  2:21-CR-72-RMP-1<br><br>ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DISMISS SUPERSEDING INDICTMENT WITHOUT PREJUDICE |

BEFORE THE COURT is a motion by the Government to dismiss the Superseding Indictment in this case without prejudice.  ECF No. 75.  "To the extent that the Indictment at ECF No. 1 remains in play notwithstanding the Superseding Indictment, the Government seeks to dismiss that charging document as well, without prejudice."  *Id.* at 2.  Defendant does not object to the motion.  Having considered the motion and having noted that there is no objection to the motion, the Court is fully informed.

When a defendant consents to the government's motion to dismiss, the district court's discretion to deny the government's motion is tightly constrained, if it exists

at all.  *See Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977) (per curiam) (reserving judgment on the question of whether a district court has any discretion to deny an uncontested motion to dismiss under Rule 48(a)); *United States v. Garcia-Valenzuela*, 232 F.3d 1003, 1008 (9th Cir. 2000); *United States v. Gonzalez*, 58 F.3d 459, 462 (9th Cir. 1995).  The only circumstance that the Ninth Circuit has thus far articulated as a basis to reject an uncontested motion to dismiss without prejudice from the government is when the prosecution's reasons for dismissal are "clearly contrary to manifest public interest."  *Gonzalez*, 58 F.3d at 461.

The Court notes Defendant's consent to the Government's motion for dismissal and, further, does not find an indication that dismissal without prejudice contravenes the "manifest public interest."  *See Gonzalez*, 58 F.3d at 461.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The United States' Motion to Dismiss Superseding Indictment Without Prejudice, **ECF No. 75**, is **GRANTED**.

2.    The Superseding Indictment, **ECF No. 29**, is **dismissed without prejudice**.

3.    To the extent that the Indictment at ECF No. 1 remains in play notwithstanding the Superseding Indictment, the former Indictment, **ECF No. 1**, is **dismissed without prejudice**, as well.

4.    Any pending motions, if any, are **denied as moot** and all upcoming deadlines and hearings are **vacated**.

ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DISMISS SUPERSEDING INDICTMENT WITHOUT PREJUDICE ~ 2

5.  In light of the dismissal of the Indictment and the Superseding Indictment, the Court's Amended Order Setting Conditions of Release, **ECF No. 72**, is **vacated and Defendant is released without any conditions from this Court.**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal Service.

**DATED** December 16, 2021.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DISMISS
SUPERSEDING INDICTMENT WITHOUT PREJUDICE ~ 3